## Case No. 12,548.

### SCOTT v. WISE.

[1 Cranch, C. C. 473.] 1

Circuit Court, District of Columbia. Nov. Term. 1807.

IMPRISONMENT FOR DEBT — PRISON-BOUNDS BOND —ASSIGNMENT.

A prison-bounds bond may be assigned by a deputy-marshal.

THE COURT (DUCKETT, Circuit Judge, absent) decided, upon general demurrer, that an assignment of a prison-bounds bond by the deputy-marshal, in the name of the chief marshal, was a good assignment. The assignment, on oyer, appeared to be signed "R. Moss, Deputy-Marshal, for D. C. Brent, Marshal of the District of Columbia." See Virginia law of 24th November, 1792 (page 119, § 2).